**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CARLOS TORRES AND ILONA BAIR, | : | No. 241 MAL 2021 |
| | : | |
| Petitioners | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BRENNTAG NORTHEAST, INC.; | : | |
| ARMSTRONG WORLD INDUSTRIES, INC.; | : | |
| BARLEY SNYDER, LLP; AND ALAN J. | : | |
| HAY, MD, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.